LAW OFFICES OF MICHAEL T. HARRISON
Michael T. Harrison (SBN: 158983)
mharrison30@aol.com
25876 The Old Road, #304
Stevenson Ranch, CA 91381
Telephone: (661) 257-2854
Facsimile: (661) 257-3068

Attorneys for Plaintiff Marsi Zintel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH COUNTY BANK,<br><br>Defendant. | CASE NO: CV09-05522 ODW PLAx<br><br><br><br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

COMES NOW, Plaintiff, Marsi Zintel, by and through her counsel of record, and Defendant, South County Bank, by and through its counsel of record, (collectively, the "Parties") and enter into the following STIPULATION OF DISMISSAL WITH PREJUDICE:

1.  The Parties voluntarily dismiss the action with prejudice.
2.  The Parties shall bear their own costs, including attorneys' fees.
3.  The Parties shall file with the Court an Agreed Order of Mutual Dismissal with Prejudice.

DATED: March 4th, 2010        By: /s/ Michael T. Harrison
                              LAW OFFICES OF
                              MICHAEL T. HARRISON
                              Michael T. Harrison,
                              Attorneys for Plaintiff,
                              Marsi Zintel

DATED: March 2, 2010          By: /s/ Arthur Jarvis Cohen
                              LAW OFFICES OF
                              ARTHUR JARVIS COHEN
                              Arthur Jarvis Cohen,
                              Attorneys for Defendant,
                              South County Bank

STIPULATION OF DISMISSAL WITH PREJUDICE