LAW OFFICES OF MICHAEL T. HARRISON
Michael T. Harrison (SBN: 158983)
mharrison30@aol.com
25876 The Old Road, #304
Stevenson Ranch, CA 91381
Telephone:  (661) 257-2854
Facsimile:  (661) 257-3068

Attorneys for Plaintiff Marsi Zintel

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSI ZINTEL, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SOUTH COUNTY BANK,**<br><br>**Defendant.** | **CASE NO:  CV09-05522 ODW PLAx**<br><br>**AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICE** |

It appearing to the satisfaction of the Court, as evidenced by the signatures below of counsel for both parties in above styled case, that this case and all counterclaims should be dismissed with prejudice;

It is, therefore, ORDERED, ADJUDGED AND DECREED that this case and all counterclaims are DISMISSED with prejudice, with each party to bear its own costs, including attorneys' fees.

Entered this ___11th___ day of ___March___, 2010.

Honorable Otis D. Wright II
United States District Judge

OTIS D. WRIGHT